Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 12, 2022

**Chapter 13 Case # 19-25825**

Re:  JOSE SOTOMAYOR                                 Atty:  FITZGERALD & ASSOCIATES PC
     NADIA SOTOMAYOR                                        649 NEWARK AVE
     47 BROADMAN PARKWAY                                    JERSEY CITY, NJ  07306
     JERSEY CITY, NJ  07305

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $13,612.00**

## RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/11/2019 | $292.00 | 6168736000 | 10/07/2019 | $292.00 | 6235837000 |
| 11/06/2019 | $320.00 | 6314309000 | 12/09/2019 | $320.00 | 6392557000 |
| 01/03/2020 | $326.00 | 6451367000 | 02/03/2020 | $326.00 | 6527089000 |
| 03/02/2020 | $396.00 | 6598803000 | 04/02/2020 | $391.00 | 6677556000 |
| 05/04/2020 | $391.00 | 6766543000 | 06/01/2020 | $391.00 | 6831601000 |
| 07/22/2020 | $391.00 | 6956050000 | 08/04/2020 | $395.00 | 6990070000 |
| 08/31/2020 | $391.00 | 7050942000 | 10/02/2020 | $391.00 | 7125111000 |
| 11/13/2020 | $391.00 | 7228897000 | 12/14/2020 | $391.00 | 7305628000 |
| 01/19/2021 | $391.00 | 7385278000 | 02/17/2021 | $391.00 | 7458384000 |
| 03/12/2021 | $391.00 | 7518522000 | 04/05/2021 | $391.00 | 7575290000 |
| 05/10/2021 | $391.00 | 7660255000 | 06/16/2021 | $391.00 | 7745585000 |
| 07/09/2021 | $391.00 | 7800288000 | 09/01/2021 | $391.00 | 7916716000 |
| 09/16/2021 | $391.00 | 7951061000 | 10/18/2021 | $391.00 | 8018039000 |
| 11/04/2021 | $394.00 | 8062721000 | 11/15/2021 | $391.00 | 8083863000 |
| 01/06/2022 | $391.00 | 8193135000 | 02/01/2022 | $391.00 | 8246761000 |
| 02/28/2022 | $391.00 | 8303781000 | 03/25/2022 | $391.00 | 8360856000 |
| 04/18/2022 | $391.00 | 8411690000 | 05/16/2022 | $391.00 | 8468203000 |
| 06/02/2022 | $391.00 | 8504548000 | 06/22/2022 | $391.00 | 8542812000 |

**Total Receipts: $13,618.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $13,618.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 811.50 | |
| ATTY | ATTORNEY | ADMIN | 6,310.50 | 100.00% | 6,310.50 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 19-25825**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---:|
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 2,163.42 | * | 70.10 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,403.02 | * | 45.47 | |
| 0005 | LVNV FUNDING LLC | UNSECURED | 1,052.25 | * | 34.10 | |
| 0006 | CARE CREDIT/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | JPMORGAN CHASE BANK NA | UNSECURED | 5,793.96 | * | 187.75 | |
| 0008 | JPMORGAN CHASE BANK NA | UNSECURED | 8,966.98 | * | 290.56 | |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,176.57 | * | 102.93 | |
| 0011 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | QUANTUM3 GROUP LLC | UNSECURED | 111.03 | * | 0.00 | |
| 0013 | FREEDOM MORTGAGE | MORTGAGE ARRE | 1,458.37 | 100.00% | 1,458.37 | |
| 0018 | SYNCHRONY BANK | UNSECURED | 2,774.41 | * | 89.91 | |
| 0019 | MANDEE/COMENITY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | NAVIENT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | ONEMAIN | UNSECURED | 5,494.41 | * | 178.04 | |
| 0023 | PC RICHARDS & SONS/SYNCHRONY BAN | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,641.77 | * | 85.59 | |
| 0025 | SYNCHRONY BANK | UNSECURED | 4,188.56 | * | 135.73 | |
| 0031 | STATE OF NJ | PRIORITY | 2,989.48 | 100.00% | 2,989.48 | |
| 0034 | SYNCB/HHGREG/NETWORK | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | UPSTART | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | SYNCHRONY BANK | UNSECURED | 2,179.28 | * | 70.61 | |
| 0040 | WELLS FARGO BANK NA | UNSECURED | 2,328.39 | * | 75.45 | |
| 0044 | ONEMAIN | UNSECURED | 5,590.18 | * | 181.14 | |
| 0045 | NAVIENT SOLUTIONS, LLC | UNSECURED | 4,164.17 | * | 134.93 | |
| 0046 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0049 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0050 | NAVIENT SOLUTIONS LLC | UNSECURED | 2,223.01 | * | 72.03 | |
| 0051 | FEDLOAN SERVICING | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0053 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | AES/NCT | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 796.16 | * | 25.79 | |
| 0056 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 998.87 | * | 32.37 | |
| 0057 | JPMORGAN CHASE BANK NA | UNSECURED | 5,763.95 | * | 186.78 | |
| 0058 | BMW FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0059 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 841.77 | * | 22.32 | |
| 0060 | CAREPOINT HEALTH PHYSICAN CHMG | UNSECURED | 370.00 | * | 7.59 | |

**Total Paid: $13,599.04**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---:|---|---|---|---:|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 04/18/2022 | $5.55 | 889191 | | 05/16/2022 | $12.94 | 890904 |
| | 05/16/2022 | $6.81 | 890904 | | 06/20/2022 | $9.53 | 892588 |
| | 06/20/2022 | $25.91 | 892588 | | 07/18/2022 | $12.97 | 894320 |
| | 08/15/2022 | $12.73 | 895883 | | 08/15/2022 | $9.45 | 895883 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 05/16/2022 | $8.54 | 890986 | | 06/20/2022 | $11.96 | 892674 |
| | 07/18/2022 | $5.99 | 894396 | | 08/15/2022 | $5.88 | 895970 |

**Chapter 13 Case # 19-25825**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAREPOINT HEALTH PHYSICAN CHMG | | | | | | | |
| | 06/20/2022 | $7.59 | 892122 | | | | |
| FREEDOM MORTGAGE | | | | | | | |
| | 04/19/2021 | $178.47 | 868212 | | 05/17/2021 | $361.68 | 870136 |
| | 06/21/2021 | $367.54 | 871913 | | 07/19/2021 | $367.54 | 873737 |
| | 08/16/2021 | $183.14 | 875421 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 04/18/2022 | $22.99 | 888960 | | 04/18/2022 | $14.85 | 888960 |
| | 04/18/2022 | $14.78 | 888960 | | 05/16/2022 | $34.50 | 890695 |
| | 05/16/2022 | $34.69 | 890695 | | 05/16/2022 | $53.69 | 890695 |
| | 06/20/2022 | $107.37 | 892366 | | 06/20/2022 | $69.38 | 892366 |
| | 06/20/2022 | $69.02 | 892366 | | 07/18/2022 | $34.52 | 894111 |
| | 07/18/2022 | $34.70 | 894111 | | 07/18/2022 | $53.66 | 894111 |
| | 08/15/2022 | $52.85 | 895676 | | 08/15/2022 | $34.13 | 895676 |
| | 08/15/2022 | $33.96 | 895676 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 05/16/2022 | $8.99 | 891284 | | 06/20/2022 | $12.61 | 892985 |
| | 07/18/2022 | $6.30 | 894664 | | 08/15/2022 | $6.20 | 896252 |
| NAVIENT SOLUTIONS LLC | | | | | | | |
| | 04/18/2022 | $5.70 | 888766 | | 05/16/2022 | $13.31 | 890525 |
| | 06/20/2022 | $26.62 | 892181 | | 07/18/2022 | $13.30 | 893941 |
| | 08/15/2022 | $13.10 | 895507 | | | | |
| NAVIENT SOLUTIONS, LLC | | | | | | | |
| | 04/18/2022 | $10.67 | 889673 | | 05/16/2022 | $24.94 | 891352 |
| | 06/20/2022 | $49.86 | 893065 | | 07/18/2022 | $24.92 | 894731 |
| | 08/15/2022 | $24.54 | 896320 | | | | |
| ONEMAIN | | | | | | | |
| | 04/18/2022 | $14.33 | 888727 | | 04/18/2022 | $14.08 | 888727 |
| | 05/16/2022 | $32.90 | 890492 | | 05/16/2022 | $33.47 | 890492 |
| | 06/20/2022 | $66.94 | 892149 | | 06/20/2022 | $65.79 | 892149 |
| | 07/18/2022 | $32.91 | 893910 | | 07/18/2022 | $33.45 | 893910 |
| | 08/15/2022 | $32.95 | 895476 | | 08/15/2022 | $32.36 | 895476 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 04/18/2022 | $6.77 | 8002785 | | 04/18/2022 | $8.14 | 8002785 |
| | 05/16/2022 | $19.02 | 8002843 | | 05/16/2022 | $12.00 | 8002843 |
| | 05/16/2022 | $15.82 | 8002843 | | 06/20/2022 | $31.63 | 8002892 |
| | 06/20/2022 | $16.80 | 8002892 | | 06/20/2022 | $38.04 | 8002892 |
| | 07/18/2022 | $19.01 | 8002950 | | 07/18/2022 | $8.40 | 8002950 |
| | 07/18/2022 | $15.83 | 8002950 | | 08/15/2022 | $15.54 | 8002997 |
| | 08/15/2022 | $8.27 | 8002997 | | 08/15/2022 | $18.72 | 8002997 |
| STATE OF NJ | | | | | | | |
| | 08/16/2021 | $184.40 | 876418 | | 10/18/2021 | $735.08 | 879917 |
| | 12/13/2021 | $745.75 | 883237 | | 01/10/2022 | $371.45 | 884879 |
| | 02/14/2022 | $371.45 | 886599 | | 03/14/2022 | $371.45 | 888277 |
| | 04/18/2022 | $209.90 | 890042 | | | | |
| SYNCHRONY BANK | | | | | | | |
| | 04/18/2022 | $5.59 | 888725 | | 04/18/2022 | $10.74 | 888725 |
| | 04/18/2022 | $7.11 | 888725 | | 05/16/2022 | $16.61 | 890490 |
| | 05/16/2022 | $25.07 | 890490 | | 05/16/2022 | $13.03 | 890490 |
| | 06/20/2022 | $26.11 | 892147 | | 06/20/2022 | $50.15 | 892147 |
| | 06/20/2022 | $33.22 | 892147 | | 07/18/2022 | $16.62 | 893908 |
| | 07/18/2022 | $25.09 | 893908 | | 07/18/2022 | $13.04 | 893908 |
| | 08/15/2022 | $12.84 | 895474 | | 08/15/2022 | $24.68 | 895474 |
| | 08/15/2022 | $16.35 | 895474 | | | | |

**Chapter 13 Case # 19-25825**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 05/16/2022 | $7.19 | 890677 | 06/20/2022 | $10.09 | 892345 |
| | 07/18/2022 | $5.04 | 894092 | | | |
| WELLS FARGO BANK NA | | | | | | |
| | 04/18/2022 | $5.97 | 890308 | 05/16/2022 | $13.94 | 891934 |
| | 06/20/2022 | $27.88 | 893698 | 07/18/2022 | $13.94 | 895316 |
| | 08/15/2022 | $13.72 | 896861 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: September 12, 2022.

Receipts: $13,618.00    -    Paid to Claims: $6,477.04    -    Admin Costs Paid: $7,122.00    =    Funds on Hand: $18.96

Base Plan Amount: $13,612.00    -    Receipts: $13,618.00    =    Total Unpaid Balance: **($6.00)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.