| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Jose & Nadia Sotomayor | Case No.: | 19-25825 |
| | Chapter: | 13 |
| | Judge: | Stacey L. Meisel |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Jose Sotomayor, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/26/2022

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Jose & Nadia Sotomayor

Case No.: 19-25825

Chapter: 13

Judge: Stacey L. Meisel

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Nadia Sotomayor, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/26/2022

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev 8/1/18