Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–25825–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jose Sotomayor
aka Jose L Sotomayor
47 Broadman Parkway
Jersey City, NJ 07305

Nadia Sotomayor
aka Nadia Fernandez, aka Nadia I
Sotomayor
47 Broadman Parkway
Jersey City, NJ 07305

Social Security No.:
  xxx–xx–4464

  xxx–xx–3309

Employer's Tax I.D. No.:

---

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Jose Sotomayor and Nadia Sotomayor</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post–petition amounts.

Dated: October 4, 2022
JAN: lc

<u>Jeanne Naughton, Clerk</u>