| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jose Sotomayor<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4464<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Nadia Sotomayor<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–3309<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   19–25825–SLM | | |

## Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose Sotomayor                                          Nadia Sotomayor
aka Jose L Sotomayor                                    aka Nadia Fernandez, aka Nadia I Sotomayor


10/20/22                                                **By the court:** Stacey L. Meisel
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 19-25825-SLM
Jose Sotomayor                                                                    Chapter 13
Nadia Sotomayor
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose Sotomayor, Nadia Sotomayor, 47 Broadman Parkway, Jersey City, NJ 07305-1547 |
| aty | + | Nicholas Fitzgerald, Fitzgerald and Associates, 649 Newark Avenue, Jersey City, NJ 07306-2341 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518412171 | + | Credit Adjustments Inc, PO Box 5640, Manchester, NH 03108-5640 |
| 518412177 | | JP Morgan Chase, 3425 Vision Drive, Columbus, OH 43219 |
| 518412175 | + | Jessica Conrad, Esq., Rubin & Rothman LLC, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 518412176 | + | Jet Blue Rewards/Barclays Bank, Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 518412189 | + | Selip & Stylianou, Attorneys At Law, 199 Crossways Park Drive, Woodbury, NY 11797-2016 |
| 518412190 | + | Selip & Stylianou, Attorneys At Law, 199 Crossways Park Drive, PO Box 366, Woodbury, NY 11797-0366 |
| 518412191 | + | Selip & Stylianou LLP, PO Box 366, Woodbury, NY 11797-0366 |
| 518412194 | + | State of New Jersey, Department of Labor & Workforce Develop, PO Box 951, Trenton, NJ 08625-0951 |
| 518412193 | + | State of New Jersey, Bankrutpcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518412192 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 518412201 | + | Wilmington Trust, One Main Financial, Tenaglia & Hunt, 395 West Passaic Street, Rochelle Park, NJ 07662-3016 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AIS.COM | Oct 21 2022 00:28:00 | BMW Financial Services NA, LLC Department, C/O AIS, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 21 2022 00:28:00 | Financial Services Vehicle Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518412162 | + | Email/Text: bncnotifications@pheaa.org | Oct 20 2022 20:31:00 | Aes/nct, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 518492903 | | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518412163 | + | Email/PDF: bncnotices@becket-lee.com | Oct 20 2022 20:44:18 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518412165 | | EDI: BMW.COM | Oct 21 2022 00:28:00 | BMW Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 518676973 | | EDI: BMW.COM | Oct 21 2022 00:28:00 | BMW Financial Services, Pob 78103, Phoenix, AZ 85062 |
| 518439657 | | EDI: BMW.COM | Oct 21 2022 00:28:00 | BMW Financial Services NA, LLC, P.O. Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3608, Dublin, OH 43016 |
| 518418993 | + | EDI: AISACG.COM | Oct 21 2022 00:28:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518412164 | + | EDI: TSYS2 | Oct 21 2022 00:28:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518412166 | + | EDI: CAPITALONE.COM | Oct 21 2022 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518452801 | + | EDI: AIS.COM | Oct 21 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518412167 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Care Credit/Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518529778 | + | Email/Text: bncmail@w-legal.com | Oct 20 2022 20:32:00 | CarePoint Health - Physican CHMG, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518412170 | + | EDI: CITICORP.COM | Oct 21 2022 00:28:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518412172 | + | Email/Text: bncnotifications@pheaa.org | Oct 20 2022 20:31:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 518412173 | + | EDI: WFNNB.COM | Oct 21 2022 00:28:00 | Forever 21/Comenity Capital, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518412174 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 20 2022 20:31:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 518412168 | | EDI: JPMORGANCHASE | Oct 21 2022 00:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518412169 | | EDI: JPMORGANCHASE | Oct 21 2022 00:28:00 | Chase Card Services/JP Morgan Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518458397 | + | Email/Text: RASEBN@raslg.com | Oct 20 2022 20:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518419784 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518412179 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 20:44:19 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 518412178 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Lowes/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518412181 | | Email/Text: compliance@monarchrm.com | Oct 20 2022 20:31:00 | Monarch Recovery Management, 3260 Tillman Drive, Ste 75, Bensalem, PA 19020 |
| 518412180 | + | EDI: WFNNB.COM | Oct 21 2022 00:28:00 | Mandee/Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518412182 | + | EDI: NAVIENTFKASMSERV.COM | Oct 21 2022 00:28:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 518518781 | | EDI: NAVIENTFKASMSERV.COM | Oct 21 2022 00:28:00 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518431839 | + | EDI: AGFINANCE.COM | Oct 21 2022 00:28:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518412183 | + | EDI: AGFINANCE.COM | Oct 21 2022 00:28:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 518412186 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | PC Richards & Sons/Synchrony Bank, Attn: |

Case 19-25825-SLM   Doc 52   Filed 10/22/22   Entered 10/23/22 00:13:39   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518518835 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518513762 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 518518838 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 518518808 | | EDI: PRA.COM | Oct 21 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518412184 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Pay Pal Credit, PO Box 71202, Charlotte, NC 28272-1202 |
| 518412185 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Pay Pal Credit/Synchrony Bank, PO Box 105658, Atlanta, GA 30348-5658 |
| 518412187 | + | Email/Text: pcabkt@phillips-cohen.com | Oct 20 2022 20:31:00 | Phillips & Cohen Associates LTD, 1002 Justison Street, Mail Stop 658, Wilmington, DE 19801-5148 |
| 518516411 | | EDI: Q3G.COM | Oct 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518412188 | + | Email/Text: bankruptcy@rubinrothman.com | Oct 20 2022 20:31:00 | Rubin & Rothman LLC, Attorneys At Law, PO Box 9003, Islandia, NY 11749-9003 |
| 518412195 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Syncb/hhgreg/Network, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518521164 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518413866 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518412196 | + | Email/Text: ClericalSupport@tenagliahunt.com | Oct 20 2022 20:31:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 518412198 | + | Email/Text: EDBKNotices@ecmc.org | Oct 20 2022 20:31:00 | US Department of Education, Attn: Bankruptcy, PO Box 16448, Saint Paul, MN 55116-0448 |
| 518412197 | + | EDI: LCIUPSTART | Oct 21 2022 00:28:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 518520175 | + | EDI: AIS.COM | Oct 21 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518412199 | + | EDI: RMSC.COM | Oct 21 2022 00:28:00 | Walmart/Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518412200 | + | EDI: WFFC2 | Oct 21 2022 00:28:00 | Wells Fargo Bank NA/Bobs Furniture, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 518512898 | | EDI: WFFC2 | Oct 21 2022 00:28:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518529875 | | FREEDOM MORTGAGE CORPORATION |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: 3180W | Total Noticed: 66 |

| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518495184 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

**Name**         **Email Address**

Denise E. Carlon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jason Brett Schwartz
on behalf of Creditor Financial Services Vehicle Trust jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Nicholas Fitzgerald
on behalf of Joint Debtor Nadia Sotomayor fitz2law@gmail.com

Nicholas Fitzgerald
on behalf of Debtor Jose Sotomayor fitz2law@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7