Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                           Case No.: 19−25825−SLM
                                           Chapter: 13
                                           Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jose Sotomayor<br>aka Jose L Sotomayor<br>47 Broadman Parkway<br>Jersey City, NJ 07305 | Nadia Sotomayor<br>aka Nadia Fernandez, aka Nadia I Sotomayor<br>47 Broadman Parkway<br>Jersey City, NJ 07305 |

Social Security No.:
  xxx−xx−4464                                     xxx−xx−3309

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 21, 2022</u>                   <u>Stacey L. Meisel</u>
                                                 Judge, United States Bankruptcy Court